UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KENNETH CUNNINGHAM,

                Plaintiff,

  -against-                                      9:06-CV-0272
                                                            (LEK/GJD)

DEPARTMENT OF CORRECTIONAL
SERVICES, *et al*

                Defendants.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on September 10, 2007 by the Honorable Gustave J. DiBianco, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 47). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned.

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  No objections have been raised in the allotted time with respect to Judge DiBianco's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 47) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motions to dismiss (Dkt Nos. 20 and 40) are **GRANTED**, and the Complaint (Dkt. No. 1) **DISMISSED IN ITS ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Appeal of Judge DiBianco's decision denying Plaintiff's Motion for reconsideration concerning appointment of counsel (Dkt. No. 26), now mooted, is also **DISMISSED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 26, 2007
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge